B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Southern District of Ohio

In re  **Carolyn J. Yocom**  	Case No. **2:09-bk-55541**
Debtor(s)	Chapter **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)

| Property No. 1 | |
|---|---|
| **Creditor's Name:** America's Servicing Company | **Describe Property Securing Debt:** 661 Forestview Drive W, Wintersville, OH (owned jointly with estranged husband; rental property; tenant; total value $135,000.00; arrearage $2933.03) |

Property will be (check one):
  ■ Surrendered         ☐ Retained

If retaining the property, I intend to (check at least one):
  ☐ Redeem the property
  ☐ Reaffirm the debt
  ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
  ☐ Claimed as Exempt         ■ Not claimed as exempt

| Property No. 2 | |
|---|---|
| **Creditor's Name:** Citimortgage | **Describe Property Securing Debt:** 913 Miller Ave., Columbus, OH (rental property; no tenant; 8 months arrears) |

Property will be (check one):
  ■ Surrendered         ☐ Retained

If retaining the property, I intend to (check at least one):
  ☐ Redeem the property
  ☐ Reaffirm the debt
  ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
  ☐ Claimed as Exempt         ■ Not claimed as exempt

| Property No. 3 | |
|---|---|
| **Creditor's Name:**<br>**Citimortgage** | **Describe Property Securing Debt:**<br>**1228 Manchester Ave., Columbus, OH (8 months arrears)** |

Property will be (check one):
    ■ Surrendered     ☐ Retained

If retaining the property, I intend to (check at least one):
    ☐ Redeem the property
    ☐ Reaffirm the debt
    ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
    ☐ Claimed as Exempt     ■ Not claimed as exempt

| Property No. 4 | |
|---|---|
| **Creditor's Name:**<br>**Citimortgage** | **Describe Property Securing Debt:**<br>**1119 Walters Ave., Columbus, OH (rental property; 8 months arrears)** |

Property will be (check one):
    ■ Surrendered     ☐ Retained

If retaining the property, I intend to (check at least one):
    ☐ Redeem the property
    ☐ Reaffirm the debt
    ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
    ☐ Claimed as Exempt     ■ Not claimed as exempt

| Property No. 5 | |
|---|---|
| **Creditor's Name:**<br>**Huntington National Bank** | **Describe Property Securing Debt:**<br>**3255 Brentwood Court (own 1/3 interest; property owned jointly with brother and sister in law; total value $341,200.00)** |

Property will be (check one):
    ☐ Surrendered     ■ Retained

If retaining the property, I intend to (check at least one):
    ☐ Redeem the property
    ■ Reaffirm the debt
    ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
    ■ Claimed as Exempt     ☐ Not claimed as exempt

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037     Best Case Bankruptcy

| Property No. 6 | |
|---|---|
| **Creditor's Name:** <br> **Mazda American Credit** | **Describe Property Securing Debt:** <br> **2008 Mazda CX9** |

Property will be (check one): <br>
   ☐ Surrendered          ■ Retained

If retaining the property, I intend to (check at least one): <br>
   ☐ Redeem the property <br>
   ■ Reaffirm the debt <br>
   ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one): <br>
   ■ Claimed as Exempt          ☐ Not claimed as exempt

| Property No. 7 | |
|---|---|
| **Creditor's Name:** <br> **PHH Mortgage** | **Describe Property Securing Debt:** <br> **1116 Peters Ave., Columbus, OH (rental property; no tenant; 8 months arrears)** |

Property will be (check one): <br>
   ■ Surrendered          ☐ Retained

If retaining the property, I intend to (check at least one): <br>
   ☐ Redeem the property <br>
   ☐ Reaffirm the debt <br>
   ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one): <br>
   ☐ Claimed as Exempt          ■ Not claimed as exempt

| Property No. 8 | |
|---|---|
| **Creditor's Name:**<br>**Washington Mutual** | **Describe Property Securing Debt:**<br>**661 Forestview Drive W, Wintersville, OH (owned jointly with estranged husband; rental property; tenant; total value $135,000.00)** |

Property will be (check one):
   ■ Surrendered               ☐ Retained

If retaining the property, I intend to (check at least one):
   ☐ Redeem the property
   ☐ Reaffirm the debt
   ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
   ☐ Claimed as Exempt            ■ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**-NONE-** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES      ☐ NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date **June 1, 2009**          Signature **/s/ Carolyn J. Yocom**
                                                  **Carolyn J. Yocom**
                                                  Debtor