Form a0grmsty

# United States Bankruptcy Court
## Southern District of Ohio
### 170 North High Street
### Columbus, OH 43215–2414

| | |
|---|---|
| In Re: Carolyn J. Yocom | Case No.: 2:09–bk–55541 |
| Debtor(s) | Chapter: 7 |
| SSN/TAX ID: xxx–xx–9399 | Judge: Charles M Caldwell |

## ORDER GRANTING MOTION FOR RELIEF
## FROM THE AUTOMATIC STAY AND/OR CODEBTOR STAY
### (Creditor)

On May 22, 2009 creditor JP Morgan chase Bank NA filed a motion seeking relief from the automatic stay imposed by 11 U.S.C. §362 and/or codebtor stay imposed by 11 U.S.C. §1201 or §1301.

The movant has filed a certification that complies with Local Bankruptcy Rule 9021–1(a)(1), including a statement that service and notice have been made pursuant to Local Bankruptcy Rules 4001–1(b) and (c) and 9013–3(a) and that no timely response has been filed.

Therefore, under the authority granted by Local Bankruptcy Rules 4001–1(d), 9013–1(e) and 9021–1(a), relief from the stay imposed by 11 U.S.C §362(a) and/or relief from the codebtor stay imposed by 11 U.S.C. §1201 or §1301 is granted.

**IT IS SO ORDERED.**

Dated: June 18, 2009

FOR THE COURT:
Kenneth Jordan
Clerk, U.S. Bankruptcy Court