# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

In re: :
:
**Carolyn J. Yocom** : **Case No.: 09-55541**
: **Chapter 7**
Debtor(s). : **Judge Charles M. Caldwell**
: * * * * * * * * * * * * * * * * * * * * * *
:
:

## TRUSTEE ABANDONMENT

Notice is given, in accordance with Rule 6007 of the Federal Rules of Bankruptcy Procedure and § 554 of the United States Bankruptcy Code, of the Trustee's abandonment of this property (the "Property"):

| | |
|---|---|
| Description of Property: | 661 Forrestview Dr West, Wintersville, OH 43953. Mortgage attached as Exhibit A. |
| Estimated Market Value: | $120,500.00 |
| Source of Valuation: | the Auditor's tax record is attached as Exhibit B |
| Amount of Liens: | $15,696.74, as of May 22, 2009 plus interest at 11.75%. |
| Additional Lienholders | America's Servicing Company |
| | See Schedule D which is attached as Exhibit C |
| Claimed Exemptions: | $20,200 - ORC § 2329.66(A)1a |
| Dated:_____6/29/2009_____ | Respectfully submitted, |

/s/ David M. Whittaker
David M. Whittaker
Chapter 7 Trustee
100 South Third Street
Columbus, OH 43215

09-23697-052209-tc

# CERTIFICATE OF SERVICE

This is to certify that a true and accurate copy of the foregoing Trustee Abandonment was served on the Debtor, counsel for the Debtor, the trustee, and other parties in interest at the addresses set forth below via e-mail notification on July 8, 2009. This includes all known lien holders and interested parties who have an interest in the real property as listed in the petition and to the best of our knowledge.

| | |
|---|---|
| Office of U.S. Trustee<br>Southern District of Ohio<br>Party of Interest<br>170 North High Street, #200<br>Columbus, OH  43215 | Nanette J. Dean<br>Attorney for Carolyn J. Yocom<br>50 West Broad Street<br>Suite 2250<br>Columbus, OH  43215<br>court@judithmcinturff.com |
| David M. Whittaker<br>100 South Third Street<br>Columbus, OH  43215<br>dwhittaker@bricker.com | |

The below listed parties were served via regular U.S. Mail, postage prepaid on July 8, 2009:

| | |
|---|---|
| Carolyn J. Yocom<br>3255 Brentwood Ct<br>Powell, OH  43065 | Jefferson County Treasurer<br>301 Market Street<br>Steubenville, OH  43952 |
| Gordon Yocom<br>4234 Penith Court<br>Dublin, OH  43016 | America's Servicing Company<br>PO Box 10328<br>Des Moines, IA  50306 |
| Carolyn J. Yocom<br>Gordon Yocom<br>661 Forrestview Dr West<br>Wintersville, OH  43953 | |

/s/  Holly N. Wolf
Holly N. Wolf

09-23697-052209-tc